**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1846**

In re: MELDAMION ANTOINE HUGULEY,

Petitioner.

On Petition for Writ of Mandamus.  (1:18-cr-00205-WO-1)

Submitted:  October 6, 2021                           Decided:  November 18, 2021

Before FLOYD and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Meldamion Antoine Huguley, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Meldamion Antoine Huguley petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2255 motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied the motion on October 4, 2021. Accordingly, because the district court has recently decided Huguley's motion, we deny the mandamus petition and his supplemental petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*